1060

No. 03–6814. DAVIS v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6824. ARNOLD v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–6828. HUNT v. MALONEY, COMMISSIONER, MASSACHU-SETTS DEPARTMENT OF CORRECTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–6834. JONES v. HAYNES ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6843. COOLEY v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 03–6846. LOOPER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 03–6850. METZENBAUM v. NUGENT, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 03–6861. STEFFY v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 03–6867. WELCH v. JOHNSON, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–6873. DAVIS v. HOLT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6879. PARMAR v. BRITTEN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 03–6901. CURTISS v. MOUNT PLEASANT CORRECTIONAL FACILITY. C. A. 8th Cir. Certiorari denied.

No. 03–6926. ADAMS v. BARTOW. C. A. 7th Cir. Certiorari denied.